*Dominic J. Caciopoli* and *Rocco J. Tirozzi*, in support of the petition.

*Patrick M. Mullins* and *William E. Murray*, in opposition.

Decided December 7, 1998

AVON MEADOW CONDOMINIUM ASSOCIATION, INC., ET AL. *v.* BANK OF BOSTON CONNECTICUT

The defendant's petition for certification for appeal from the Appellate Court, 50 Conn. App. 688 (AC 17267), is denied.

*Ann M. Siczewicz* and *Ben M. Krowicki*, in support of the petition.

*Richard P. Weinstein* and *Nathan A. Schatz*, in opposition.

Decided December 7, 1998

AVON MEADOW CONDOMINIUM ASSOCIATION, INC., ET AL. *v.* BANK OF BOSTON CONNECTICUT

The plaintiff's cross petition for certification for appeal from the Appellate Court, 50 Conn. App. 688 (AC 17267), is denied.

*Richard P. Weinstein* and *Nathan A. Schatz*, in support of the cross petition.

*Ann M. Siczewicz* and *Ben M. Krowicki*, in opposition.

Decided December 7, 1998